UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

MANONA C. POWELL )
)
v. ) NO. 2:07-CV-145
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )

**O R D E R**

      This matter is before the Court to consider the plaintiff's "Amended Motion for Approval of Attorney Fee Under 42 U.S.C.A. § 406(b)," [Doc. 27]. Plaintiff's counsel seeks $2,052.00 to be paid from the past due benefits of the plaintiff. The Commissioner has no objection, and the United States Magistrate Judge recommended in the May 27, 2010 Report and Recommendation that the motion be granted. After consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 29], concerning plaintiff's application for attorney's fees, [Doc. 27], under Title 42 United States Code section 406(b), it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**. *See* 42 U.S.C. § 406(b) (2010). Thus, it is hereby **ORDERED** that the plaintiff's motion for an award of attorney's fees is **GRANTED**, and it is further **ORDERED** that Gregory R. Herrell, Esq. is awarded a fee of $2,052.00 pursuant to Title 42 United States Code section 406(b).

      ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE